**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN DIVISION

| In re: DOBIESLAW PATYK | § | Case No. 14-00582 |
|---|---|---|
| | § | Hon. TIMOTHY A. BARNES |
| | § | Chapter 7 |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ALLAN J. DeMARS, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Application for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
7th Floor
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30am on 09/10/2014 in Courtroom 613, Dirksen Federal Building Courthouse,

219 S. Dearborn Street
Chicago, IL

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 07/25/2014 By: Clerk U. S. Bankruptcy Court
(Title of person signing form)

*Trustee's Name:*
ALLAN J. DeMARS

*Trustee's Address:*
19 S. LaSalle Street
Suite 902
Chicago, IL 60603

**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN DIVISION

In re: DOBIESLAW PATYK § Case No. 14-00582
§ Hon. TIMOTHY A. BARNES
§ Chapter 7
§
Debtor(s)

## SUMMARY OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $12,000.00 |
| *and approved disbursements of* | $0.00 |
| *leaving a balance on hand of* [1] | $12,000.00 |

Claims of secured creditors will be paid as follows:

| *Claim No.* | *Claimant* | *Claim Asserted* | *Allowed Amount of Claim* | *Interim Payments to Date* | *Proposed Payment* |
|---|---|---|---|---|---|
| NONE | | $0.00 | $0.00 | $0.00 | $0.00 |

| | |
|---|---|
| Total to be paid to secured creditors: | $0.00 |
| Remaining balance: | $12,000.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Total Requested* | *Interim Payments to Date* | *Proposed Payment* |
|---|---|---|---|
| *Trustee, Fees* ALLAN J. DeMARS | $1,950.00 | $0.00 | $1,950.00 |
| *Trustee, Expenses* ALLAN J. DeMARS | $12.88 | $0.00 | $12.88 |
| *Attorney for Trustee, Fees* ALLAN J. DeMARS | $1,530.00 | $0.00 | $1,530.00 |
| *Attorney for Trustee, Expenses* ALLAN J. DeMARS | $0.00 | $0.00 | $0.00 |
| *Accountant for Trustee, Fees* | | | |
| *Accountant for Trustee, Expenses* | | | |
| *Auctioneer, Fees* | | | |
| *Auctioneer, Expenses* | | | |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

| | |
|---|---|
| *Charges, U.S. Bankruptcy Court* | |
| *Fees, United States Trustee* | |
| Other | |

Total to be paid for chapter 7 administrative expenses: $3,492.88
Remaining balance: $8,507.12

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Total Requested* | *Interim Payments to Date* | *Proposed Payment* |
|---|---|---|---|
| *Attorney for Debtor, Fees* | | | |
| *Attorney for Debtor, Expenses* | | | |
| *Attorney for , Fees* | | | |
| *Attorney for , Expenses* | | | |
| *Accountant for , Fees* | | | |
| *Accountant for , Expenses* | | | |
| *Other* | | | |

Total to be paid for prior chapter administrative expenses: $0.00
Remaining balance: $8,507.12

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $18,698.38 must be paid in advance of any dividend to general (unsecured) creditors.

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

Allowed priority claims are:

| *Claim No.* | *Claimant* | *Allowed Amount of Claim* | *Interim Payments to Date* | *Proposed Payment* |
|---|---|---|---|---|
| 2 | INTERNAL REVENUE SERVICE | $18,698.38 | $0.00 | $8,507.12 |

Total to be paid for priority claims: $8,507.12

Remaining balance: $0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $27,574.10 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| *Claim No.* | *Claimant* | *Allowed Amount of Claim* | *Interim Payments to Date* | *Proposed Payment* |
|---|---|---|---|---|
| 1 | American InfoSource LP agent for T-Mobile | $247.86 | $0.00 | $0.00 |
| 2 | Internal Revenue Service | $3,508.01 | $0.00 | $0.00 |
| 3 | Menard's Inc. | $2,422.79 | $0.00 | $0.00 |
| 4 | 84 Lumber Co. LP | $11,736.57 | $0.00 | $0.00 |
| 5 | Discover Bank | $9,658.87 | $0.00 | $0.00 |

Total to be paid for timely general unsecured claims: $0.00

Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| *Claim No.* | *Claimant* | *Allowed Amount of Claim* | *Interim Payments to Date* | *Proposed Payment* |
|---|---|---|---|---|
| NONE | | $0.00 | $0.00 | $0.00 |

Total to be paid for tardily filed general unsecured claims: $0.00

Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| *Claim No.* | *Claimant* | *Allowed Amount of Claim* | *Interim Payments to Date* | *Proposed Payment* |
|---|---|---|---|---|
| NONE | | $0.00 | $0.00 | $0.00 |

Total to be paid for subordinated claims: $0.00

Remaining balance: $0.00

Prepared By: /s/ ALLAN J. DeMARS

Trustee

*Trustee's Name:*
ALLAN J. DeMARS

*Trustee's Address:*
19 S. LaSalle Street
Suite 902
Chicago, IL 60603

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:
Dobieslaw Patyk
Debtor

Case No. 14-00582-TAB
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1 User: ahamilton Page 1 of 1 Date Rcvd: Jul 23, 2014
Form ID: pdf006 Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 25, 2014.

db +Dobieslaw Patyk, 1605 North Chestnut Avenue, Arlington Heights, IL 60004-3701
21401878 +84 Lumber Company, LP, c/o Gordon & Rees, LLP, 707 Grant Street, Suite 3800, Pittsburgh, PA 15219-1933
21401879 +CBE Group, Payment Processing Center, Box 2695, Waterloo, IA 50704-2695
21401881 CLX Systems/Westwood Management, PO Box 125, Hamel, MN 55340-0125
21401880 +Citibank Mortgage, 4740 121st Street, Urbandale, IA 50323-2402
21401882 +Codilis & Associates PC, 15W030 North Frontage Road, Suite 100, Burr Ridge, IL 60527-6921
21401883 +Discover Bank, c/o Blitt and Gaines, 661 Glenn Avenue, Wheeling, IL 60090-6017
21401884 +Equable Ascent Financial, c/o Blatt Hasenmiller, Leibsker, 125 S. Wacker Drive, Suite 400, Chicago, IL 60606-4440
21401885 +GE Capital Corporation, c/o Law Offices of Blatt Hasemiller, 125 S. Wacker Drive, Suite 400, Chicago, IL 60606-4440
21401886 Globe Trade Control, Alsterdorfer Strasse 262, DE 22297, Hamburg Germany
21401887 +Harris Bank, 3800 Golf Road, Suite 300, PO Box 5038, Rolling Meadows, IL 60008-5038
21401890 +Judicial Sales Corporation, One South Wacker Drive, 24th Floor, Chicago, IL 60606-4654
21401893 +M.C.C., PO Box 538, Eau Claire, WI 54702-0538
21401894 Medical Business Bureau, PO Box 1219, Park Ridge, IL 60068-7219
21401895 +Omni Credit Services of Florida, PO Box 23381, Tampa, FL 33623-3381

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

21421599 E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 24 2014 00:39:13 American InfoSource LP as agent for, T Mobile/T-Mobile USA Inc, PO Box 248848, Oklahoma City, OK 73124-8848
21909081 E-mail/PDF: mrdiscen@discoverfinancial.com Jul 24 2014 00:32:44 Discover Bank, DB Servicing Corporation, PO Box 3025, New Albany, OH 43054-3025
21401888 E-mail/Text: Bankruptcy@icsystem.com Jul 24 2014 00:29:47 IC System Inc., 444 Highway 96 East, PO Box 64437, Saint Paul, MN 55164-0437
21401889 E-mail/Text: cio.bncmail@irs.gov Jul 24 2014 00:29:10 Internal Revenue Service, Centralized Insolvency Operations, PO Box 21126, Philadelphia, PA 19114
21401892 +E-mail/Text: bankruptcy@leadingedgerecovery.com Jul 24 2014 00:29:47 Leading Edge Recovery Solutions, 5440 N Cumberland Ave, Suite 300, Chicago, IL 60656-1486
21610248 E-mail/PDF: gecsedi@recoverycorp.com Jul 24 2014 00:32:01 Menard, Inc., MCC, P.O. Box 538, Eau Claire, WI 54702-0538
21401896 E-mail/Text: bankruptcy@proconsrv.com Jul 24 2014 00:29:33 PRO Consulting Services Inc, c/o Collection Division, PO Box 66768, Houston, TX 77266-6768

TOTAL: 7

***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

21401891 ##+keough & Moody, 1001 E. Chicago Avenue, Suite 103, Naperville, IL 60540-5500

TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2014 Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 22, 2014 at the address(es) listed below:

Allan J DeMars alland1023@aol.com
Allan J DeMars on behalf of Trustee Allan J DeMars alland1023@aol.com
Patrick S Layng USTPRegion11.ES.ECF@usdoj.gov
Todd M Wincek on behalf of Debtor Dobieslaw Patyk ToddWincekEsq@gmail.com, bandwlaw@sbcglobal.net

TOTAL: 4