# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: DOBIESLAW PATYK § Case No. 14-582
§ Hon. TIMOTHY A. BARNES
§ Chapter 7
§

Debtor(s)

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ALLAN J. DeMARS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $264,096.69 | Assets Exempt: | $23,400.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $8,507.12 | Claims Discharged Without Payment: | $357,374.86 |
| Total Expenses of Administration: | $3,492.88 | | |

3) Total gross receipts of $12,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $12,000.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS from **Exhibit 3**) | $274,252.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $3,492.88 | $3,492.88 | $3,492.88 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $19,736.00 | $18,698.38 | $18,698.38 | $8,507.12 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $82,875.00 | $3,755.87 | $3,755.87 | $0.00 |
| **TOTAL DISBURSEMENTS** | $376,863.00 | $25,947.13 | $25,947.13 | $12,000.00 |

   4) This case was originally filed under chapter 13 on 01/09/2014 & was converted to chapter 7 on 01/16/2014. The case was pending for    10   months.

   5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

   6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.


Dated: 10/09/2014                         By: /s/ ALLAN J. DeMARS
                                              Trustee


**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| right, title and interest in 2008 Toyota Sequoia | 1129-000 | $8,000.00 |
| right, title and interest in 2006 Dodge Sprinter | 1129-000 | $3,500.00 |
| right, title and interest in tools of trade | 1129-000 | $500.00 |
| | | |
| **TOTAL GROSS RECEIPTS** | | $12,000.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NONE | | | $0.00 |
| | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $0.00 |

## EXHIBIT 3 - SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citibank | 4110-000 | $220,000.00 | $0.00 | $0.00 | $0.00 |
| | Harris | 4110-000 | $54,252.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | |
| **TOTAL SECURED CLAIMS** | | | $274,252.00 | $0.00 | $0.00 | $0.00 |

UST Form 101-7-TDR (10/1/2010)

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ALLAN J. DeMARS | 2100-000 | N/A | $1,950.00 | $1,950.00 | $1,950.00 |
| ALLAN J. DeMARS | 2200-000 | N/A | $12.88 | $12.88 | $12.88 |
| ALLAN J. DeMARS | 3110-000 | N/A | $1,530.00 | $1,530.00 | $1,530.00 |
| | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | $3,492.88 | $3,492.88 | $3,492.88 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NONE | | N/A | $0.00 | $0.00 | $0.00 |
| | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Internal Revenue Service | 5800-000 | $19,736.00 | $18,698.38 | $18,698.38 | $8,507.12 |
| | | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $19,736.00 | $18,698.38 | $18,698.38 | $8,507.12 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American InfoSource | 7100-000 | $0.00 | $247.86 | $247.86 | $0.00 |
| 2 | penalty portion of IRS claim | 7300-000 | $0.00 | $3,508.01 | $3,508.01 | $0.00 |
| | 14 scheduled claims with no claims filed | 7100-000 | $81,145.00 | $0.00 | $0.00 | $0.00 |
| | 1 scheduled claim with no clam filed | 7100-900 | $1,730.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | |

UST Form 101-7-TDR (10/1/2010)

| **TOTAL GENERAL UNSECURED CLAIMS** | $82,875.00 | $3,755.87 | $3,755.87 | $0.00 |

**EXHIBIT "A" - FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No. 14-00582                                                                  Trustee Name: Allan J. DeMars

Case Name: DOBIESLAW PATYK                                         Date Filed (f) or Converted (c): 1/16/14(C)

For Period Ending: 3/31/15                                                §341(a) Meeting Date: 2/11/14

                                                                                           Claims Bar Date: 5/15/14/7/8/14 GOVT

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) Ref # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§ 554(a) abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1  1605 N. Chestnut Arlington Hts., IL | 278,005.00 | 0.00 | DA |  | FA |
| 2  Chase business chk acct | 300.00 | 0.00 | DA |  | FA |
| 3  Chase personal chk acct | 0.00 | 0.00 | DA |  | FA |
| 4  household goods | 1,000.00 | 0.00 | DA |  | FA |
| 5  wearing apparel | 500.00 | 0.00 | DA |  | FA |
| 6  term life insurance | 0.00 | 0.00 | DA |  | FA |
| 7  2006 Dodge Sprinter | 8,000.00 | 3,500.00 |  | 3,500.00 | FA |
| 8  1/2 interest in 2008 Toyota Sequoia | 21,050.00 | 8,000.00 |  | 8,000.00 | FA |
| 9  tools of trade | 2,000.00 | 500.00 |  | 500.00 | FA |

TOTALS (Excluding unknown values)                                   12,000.00                          12,000.00

                                                                                                            (Total Dollar Amount in Column 6)

Major activities affecting case closing: debtor purchasing estate's right, title and interest in non and partially exempt assets; paying in installments

EXHIBIT "A" - FORM 2

**CASH RECEIPTS AND DISBURSEMENT RECORDS**

Case No.: 14-00582  
Case Name: DOBIESLAW PATYK  
Taxpayer ID#: xx-xxx2275  
For Period Ending: 3/31/15  

Trustee's Name: Allan J. DeMars  
Bank Name: Wells Fargo  
Initial CD #: CDI  
Blanket bond (per case limit): 5,000,000  
Separate bond (if applicable):  
Checking acct#: xxxx xx1389  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Checking Acct Balance |
| 3/7/14 | Ref 8 | from debtor | right, title and interest (1/2 interest) in 2008 Toyota Sequoia DOCKET 42 | 1129-000 | 8,000.00 | | 8,000.00 |
| 4/4/14 | Ref 7 | from debtor | right, title and interest in 2006 Dodge Sprinter DOCKET 42 | 1129-000 | 1,000.00 | | 9,000.00 |
| 4/30/14 | Ref 7 | from debtor | right, title and interest in 2006 Dodge Sprinter DOCKET 42 | 1129-000 | 1,000.00 | | 10,000.00 |
| 6/5/14 | Ref 7 | from debtor | right, title and interest in 2006 Dodge Sprinter DOCKET 42 | 1129-000 | 1,000.00 | | 11,000.00 |
| 7/2/14 | Ref 7 Ref 9 | from debtor | right, title and interest in 2006 Dodge Sprinter and tools DOCKET 42; NOTE: 1 CHECK FOR $1,000.00 RECEIVED ($500 FOR DODGE and $500 FOR TOOLS) | 1129-000 1129-000 | 1,000.00 | | 12,000.00 |
| 8/29/14 | | Wells Fargo | bank service fee | 2600-000 | | 40.00 | |
| 9/10/14 | | Wells Fargo | reversal of service fee | 2600-000 | | (40.00) | 12,000.00 |
| 9/10/14 | Check 1001 | Allan J. DeMars | trustee's fees | 2100-000 | | 1,950.00 | 10,050.00 |
| 9/10/14 | Check 1002 | Allan J. DeMars | reimbursement of expenses | 2200-000 | | 12.88 | 10,037.12 |
| 9/10/14 | Check 1003 | Allan J. DeMars | attorney's fees | 3110-000 | | 1,530.00 | 8,507.12 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| **Trans. Date** | **Check or Ref. #** | **Paid to/ Received from** | **Description of Transaction** | **Uniform Transaction Code** | **Deposit $** | **Disbursement $** | **Checking Acct Balance** |
| 9/10/14 | Check 1004 | Internal Revenue Service | 507(a)(8) | 5800-000 | | 8,507.12 | 0.00 |
| | | | COLUMN TOTALS | | 12,000.00 | 12,000.00 | 0.00 |
| | | | Less: Payments to debtor(s) | | | | |
| | | | | | 12,000.00 | 12,000.00 | 0.00 |

```
                                                                  NET
TOTAL - ALL ACCOUNTS                         NET  DEPOSITS    DISBURSEMENTS    BALANCES
Checking# xxxx xx1389                             12,000.00    12,000.00          0.00
```